**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2006

GREGORY C. LANGHAM
CLERK

NATIONWIDE MUTUAL INSURANCE
COMPANY,

       Defendant-Petitioner,

v.

DARRELL TOUTANT,

       Plaintiff-Respondent.

No. 06-506
Dist. Ct. No. 06-CV-530-MSK/PAC

ORDER

Filed September 5, 2006

Before **HENRY, BRISCOE** and **McCONNELL**, Circuit Judges.

This matter is before the court on a petition for permission to appeal filed on

behalf of Nationwide Mutual Insurance Company. We also have a response from Mr.

Toutant, and a request for leave to file a reply in support. Upon careful consideration of

the pleadings and applicable law, we grant the request for leave to file a reply. We deny

the petition for permission to appeal. *See* 28 U.S.C. § 1453(c).

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

September 5, 2006

NOTIFICATION OF MAILING

Re:     06-506, Nationwide Mutual v. Toutant
        Dist/Ag docket:  06-cv-00530-MSK-PAC

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. John M. Vaught
Mr. Terence M. Ridley
Mr. Michael D. Alper
Wheeler, Trigg & Kennedy
1801 California St., Suite 3600
Denver, CO 80202

Mr. Robert F. Hill
Ms. Avi Sue Rocklin
Mr. John H. Evans
Hill & Robbins
1441 18th Street
Suite 100
Denver, CO 80202

Mr. Thomas Dalton McFarland
Mr. Zachary Christian McFarland
Mr. Matthew Gabriel McFarland
McFarland Law Offices
910 13th St., Suite 200
Golden, CO 80401

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

DEPUTY CLERK